**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

SOUTHWEST OHIO REGIONAL
COUNCIL OF CARPENTERS
PENSION FUND, et al.,

    Plaintiffs,

vs.

MIAMI VALLEY CONSTRUCTION,
ENTERPRISES, INC., et al.

    Defendants.

Case No. 1:05cv00020

JUDGE MICHAEL R. BARRETT
MAGISTRATE TIMOTHY S. HOGAN

**AGREED JUDGMENT ENTRY**

Based upon the unanimous consent of the parties to this action, IT IS HEREBY ORDERED that the Judgment shall be entered against Defendants Miami Valley Construction Enterprises, Inc., and James Bentley, jointly and severally as follows:

    A.    For unpaid fringe benefit contributions in the amount of $8,438.93; and

    B.    For unpaid Union dues in the amount of $1,716.52; and

    C.    For interest accrued through July, 2006 of $759.50; and

    D.    For post-judgment interest of six percent (6%) per annum.

This action shall be DISMISSED WITH PREJUDICE.

IT IS SO AGREED AND ORDERED.

        s/Michael R. Barrett
        HON. JUDGE MICHAEL R. BARRETT
        United States District Court Judge

| | |
|---|---|
| /s/ Michael A. Ledbetter | /s/ Kevin D. Hughes |
| Michael A. Ledbetter (0068472) | Kevin D. Hughes (0065620) |
| 11 W. Monument Bldg., Suite 307 | 275 N. Main St. |
| Dayton, OH  45402 | Springboro, OH  45066 |
| (937) 228-2696 | (937) 748-8412 |
| (937) 228-5248 (Fax) | (937) 748-8409 (Fax) |